JOSEPH RZUCIDLO, *ADM'R.*, PLAINTIFF-PETITIONER, v. THOMAS LA ROCCA, DEFENDANT-RESPONDENT.

*Messrs. Warren, Chasen, Leyner & Holland* and *Mr. Arthur N. D'Italia* for the petitioner.

*Mr. William J. Murray* and *Mr. Patrick D. Conaghan* for the respondent.

September 19, 1967. Denied.

TINA POLITES, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. TRANS WORLD AIRLINES, INC., DEFENDANT-PETITIONER.

*Messrs. Shanley & Fisher* and *Mr. Donald A. Robinson* for the petitioner.

*Mr. Francis Sorin* for the respondents.

September 19, 1967. Denied.

MICHAEL G. HOZER, PLAINTIFF-PETITIONER, v. STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, CONSOLIDATED POLICE AND FIREMEN'S PENSION FUND COMMISSION, DEFENDANTS-RESPONDENTS.

See same case below: 95 *N. J. Super.* 196.

*Messrs. Andora & Baron* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Theodore A. Winard* for the respondents.

September 19, 1967. Denied.